IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-00362-DGW |
| ) | |
| CHAD PARRISH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is a Motion for Summary Judgment on the Issue of Exhaustion and Supplemental Memorandum in Support (Docs. 67, 83) filed by Defendants Kenneth Bartley, Yolanda Johnson, Sheila Clark and Chad Parrish and Motion for Leave to File Fourth Amended Complaint and Memorandum in Support filed by Plaintiff Maurice Wallace (Doc. 101). The Court took up these matters in a *Pavey* hearing on October 5, 2011.

Having reviewed the pleadings and after being duly advised in the premises, the Court **GRANTS IN PART** Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 67) and **GRANTS** Plaintiff's Motion for Leave to File Fourth Amended Complaint and Memorandum in Support (Doc. 101).

Accordingly, **IT IS HEREBY ORDERED**:

(1) Plaintiff failed to exhaust his administrative remedies as to claims (a), (b), (c), (d), (e), (f), (g), (h), (i), (k) and (m) in his Third Amended Complaint asserted against Defendant Yolanda Johnson. Therefore, these claims are **DISMISSED with PREJUDICE**;

(2) Plaintiff failed to exhaust his administrative remedies as to the claims against Defendant Chad Parrish asserted in paragraphs 20, 22, 23 and 27 of the Third

Amended Complaint. Therefore, the claims are **DISMISSED with PREJUDICE**; and

(3) Plaintiff is **GRANTED LEAVE** to file a Fourth Amended Complaint consistent with this Order by **October 26, 2011**.

**IT IS SO ORDERED**.

DATED: October 11, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**